FREAR STEPHEN SCHMID, CSB #96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5957
FACSIMILE:  (415) 788-5958

Attorney for Plaintiffs
AVOCET SPORTS TECHNOLOGY, INC.,
AND VERTICAL INSTRUMENTS, INC.

**GRANTED**
*Judge James Ware*
1/16/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., AND VERTICAL INSTRUMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMER SPORTS CORPORATION, SUUNTO U.S.A., INC., AMER SPORTS U.S.A., AND AMER SPORTS WINTER & OUTDOOR COMPANY, a Delaware Corporation, <br><br> Defendants. | No. CV-08-4264 PVT <br><br> **STIPULATED DISMISSAL OF SECOND CAUSE OF ACTION (OF FIRST AMENDED COMPLAINT) FOR UNFAIR COMPETITION WITHOUT PREJUDICE** |

Per stipulation of the parties, through their respective counsel of record, and pursuant to Rule 41(a), plaintiffs hereby dismiss the Second Cause of Action (of the First Amended Complaint, filed November 21, 2008) for unfair competition against all defendants without prejudice.

DATED: January 5, 2009

　　　　　　　　　　　　　　　　　　　 /s/ *Frear Stephen Schmid*
　　　　　　　　　　　　　　　　　　　Frear Stephen Schmid, Attorney for Plaintiffs AVOCET SPORTS TECHNOLOGY, INC., AND VERTICAL INSTRUMENTS, INC.

---

1
STIPULATED DISMISSAL OF SECOND CAUSE OF ACTION FOR UNFAIR COMPETITION WITHOUT PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: January 5, 2009 | TOWNSEND AND TOWNSEND AND CREW, LLP |
| 2 | | |
| 3 | | /s/ *Robert A. McFarlane* |
| 4 | | Robert A. McFarlane, Attorneys for Defendant AMER SPORTS WINTER & OUTDOOR COMPANY |