FREAR STEPHEN SCHMID, CSB #96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5957
FACSIMILE:  (415) 788-5958

Attorney for Plaintiffs
AVOCET SPORTS TECHNOLOGY, INC.,
AND VERTICAL INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., AND VERTICAL INSTRUMENTS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>AMER SPORTS CORPORATION, SUUNTO U.S.A., INC., AMER SPORTS U.S.A., AND AMER SPORTS WINTER & OUTDOOR COMPANY, a Delaware Corporation,<br><br>Defendants._____ / | No. CV-08-4264 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE A JOINT CASE MANAGEMENT STATEMENT TO AND INCLUSIVE OF JANUARY 16, 2009**<br>**[Local Rule 7-12]** |

The parties in this matter, by and through their respective counsel, hereby jointly respectfully request (having stipulated between themselves) that the joint case management statement should be due on January 16, 2009, instead of on January 12, 2009.  It is hereby respectfully requested that the court give this brief continuance of the time to file the joint case management statement.

DATED:   January 13, 2009              Respectfully submitted,


                                       /s/ *Frear Stephen Schmid*
                                       Frear Stephen Schmid, Attorney for
                                       Plaintiffs AVOCET SPORTS
                                       TECHNOLOGY, INC., AND VERTICAL
                                       INSTRUMENTS, INC.

---

1 | DATED: January 13, 2009          FOX LAW GROUP, LLC

          /s/ *Bradley Fox*
          Bradley Fox, Attorneys for Defendant
          AMER SPORTS WINTER & OUTDOOR
          COMPANY

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The parties have complied with their stipulation and filed their joint case management statement (Docket Item No. 29).

DATED: January  16 , 2009

James Ware, Judge of the
United States District Court