UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMER SPORTS CORPORATION, ET AL.,<br><br>　　　　　Defendants. | Case No.: C 08-04264 JW (PVT)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

On March 10, 2009, the parties in the above-captioned case filed a stipulated protective order to govern disclosure and discovery. Having reviewed the stipulated protective order, the court finds that it fails to require that the parties make a good faith determination that the information warrants protection under Rule 26(c). *See* [Proposed] Stipulated Protective Order, ¶1. Moreover, the proposed order should state that Rule 26(c) places on the party seeking protection the burden of establishing that protection is warranted. *Id.* Finally, Rule 26(c) does not appear to provide authority for avoiding in advance any waiver of privilege from the inadvertent production of privileged documents. *Id.* at ¶ 10. The parties are advised to review the model stipulated protective

ORDER, *page 1*

1  order located on the court's website <www.cand.uscourts.gov>.

2      IT IS SO ORDERED.

3  Dated:    *March 12, 2009*

4                                       PATRICIA V. TRUMBULL

5                                       United States Magistrate Judge