1  FREAR STEPHEN SCHMID, CSB #96089
   ATTORNEY AT LAW
2  177 POST STREET, SUITE 890
   SAN FRANCISCO, CA  94108
3  TELEPHONE:  (415) 788-5957
   FACSIMILE:  (415) 788-5958
4
   Attorney for Plaintiffs
5  AVOCET SPORTS TECHNOLOGY, INC.,
   AND VERTICAL INSTRUMENTS, INC.
6
   BRADLEY FOX
7  FOX LAW GROUP, LLC
   747 CASCADILLA STREET
8  CRESTED BUTTE, CO 81224
   TELEPHONE: (206) 217-2230
9  FACSIMILE: (970) 349-0872

10 Attorneys for Defendant
   AMER SPORTS WINTER & OUTDOOR COMPANY
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 AVOCET SPORTS TECHNOLOGY,              No. CV-08-4264 JW
   INC., AND VERTICAL INSTRUMENTS,
16 INC.,                                  **STIPULATION ADJUSTING EXPERT
                                          DISCLOSURE DATES AND
17             Plaintiffs,                [PROPOSED] ORDER**

18 v.

19 AMER SPORTS CORPORATION,
   SUUNTO U.S.A., INC., AMER SPORTS
20 U.S.A., AND AMER SPORTS WINTER
   & OUTDOOR COMPANY, a Delaware
21 Corporation,

22             Defendants.
                                        /
23

24

25      The parties, to accommodate their respective July vacation schedules, plaintiffs'

26 counsel and defense counsel stipulate to adjust the expert disclosure dates set forth in

27 the court's scheduling order signed January 20, 2010 (Doc 54) as follows:

28      The disclosure of expert witnesses will be made forty-six (46) days prior to the

---
1
STIPULATION ADJUSTING EXPERT DISCLOSURE DATES AND ORDER

close of discovery, i.e. expert disclosures will be made on or before August 9, 2010, and the parties stipulate that rebuttal expert witnesses will be thirty (30) days thereafter, i.e. on or before September 8, 2010.

The parties are not requesting any other alteration of the scheduling order.

DATED: June 25, 2010                     Respectfully submitted,

   /s/ *Frear Stephen Schmid*
Frear Stephen Schmid, Attorney for Plaintiffs AVOCET SPORTS TECHNOLOGY, INC., AND VERTICAL INSTRUMENTS, INC.

DATED:  June 25, 2010                    FOX LAW GROUP, LLC

   /s/ *Bradley Fox*
Bradley Fox, Attorneys for Defendant AMER SPORTS WINTER & OUTDOOR COMPANY

**[PROPOSED] ORDER**

Upon the stipulation of the parties, and good cause appearing, the expert disclosures are to be made by the parties, on or before August 9, 2010, and rebuttal disclosures are to be made on or before September 8, 2010.

**IT IS SO ORDERED**.

DATED: June __29__, 2010

_____
James Ware, Judge of the
United States District Court

---
2
STIPULATION ADJUSTING EXPERT DISCLOSURE DATES AND ORDER