FREAR STEPHEN SCHMID, CSB #96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5957
FACSIMILE:  (415) 788-5958

Attorney for Plaintiffs
AVOCET SPORTS TECHNOLOGY, INC.,
AND VERTICAL INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., AND VERTICAL INSTRUMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMER SPORTS CORPORATION, SUUNTO U.S.A., INC., AMER SPORTS U.S.A., AND AMER SPORTS WINTER & OUTDOOR COMPANY, a Delaware Corporation, <br><br> Defendants. <br> _____ / | No. CV-08-4264 JW <br><br> [PROPOSED] **ORDER GRANTING EX PARTE REQUEST TO DELETE DOCUMENT NO. 57, EXPERT REPORT OF RON MILNER FROM FILE AS IMPROPERLY FILED** |

Upon joint application of the parties, **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Document No. 57, the expert report of Ron Milner, be removed and deleted as a "filed" document and deleted from the court's electronic filing system.

DATED: August __13__, 2010

_____
Honorable James Ware
Judge of the United States District Court

1
ORDER GRANTING REQUEST TO DELETE DOCUMENT NO. 57, EXPERT REPORT OF RON MILNER