IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avocet Sports Tech., Inc., et al., | NO. C 08-04264 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Amer Sports Corp., et al., | |
| Defendants. | |

Presently before the Court is Defendants' Motion for Summary Judgment noticed for February 14, 2011. (See Docket Item No. 98.) Upon review of the Court's February 14 Calendar, the Court finds that it does not have sufficient time to evaluate Defendants' Motion.

Accordingly, the Court CONTINUES the hearing on Defendants' Motion to **February 28, 2011 at 9 a.m.**

Dated: January 11, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley T. Fox brad@foxgroupllc.com
David Jeanchung Tsai dtsai@kilpatricktownsend.com
Frear Stephen Schmid frearschmid@aol.com
Jeffery A Key jakey@key-and-associates.com

**Dated: January 11, 2011**                              **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**