IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avocet Sports Tech., Inc., et al., | NO. C 08-04264 JW |
| Plaintiffs, | **ORDER FOLLOWING PRETRIAL CONFERENCE** |
| v. | |
| Amer Sports Corp., et al., | |
| Defendants. | |

On March 3, 2011, the Court conducted a hearing for Defendants' Motion for Summary Judgment and held a Final Pretrial Conference. In light of the discussion at the Conference, the Court ORDERS as follows:

(1) At the Conference, the Court outlined proposed dates for trial in March and April that coincided with the Court's availability. Upon the parties' request, the Court invited the parties to confer on the feasibility of conducting a trial pursuant to the proposed dates. After conferring, the parties indicated that they would prefer to continue the trial until June when the Court's availability was more conducive to a uniform weekly schedule. The parties also agreed to meet and confer to pursue settlement negotiations with the assistance of a neutral third party and proposed a schedule for conducting good faith efforts toward that end. Accordingly, the Court finds good cause to VACATE the trial dates currently set for March and April.

(2) The Court defers ruling on Defendants' Motion for Summary Judgment to provide the parties with sufficient time to engaged in meaningful settlement efforts.

(3) On or before **March 10, 2011**, the parties shall file a Joint Statement re: Mediation to inform the Court with respect to their efforts to secure a mediator for the settlement negotiations, the schedule for mediation, and whether or not a representative with the authority to approve a settlement from Defendants' parent company in Finland will be in attendance during the mediation;

(4) On or before **March 25, 2011**, the parties shall file a Second Joint Statement re: Mediation to update the Court on the parties' mediation efforts, including the results of the mediation process, if any, or if a mediation has yet to be conducted, the schedule for the mediation session;

(5) The Court sets **May 16, 2011 at 11 a.m.** as a new Final Pretrial Conference date. On or before **May 6, 2011**, the parties shall submit a Joint Pretrial Conference Statement that includes, *inter alia*, the results of the mediation, if necessary, and the parties' readiness for trial.

(6) The Court sets the trial schedule as follows:

| **Jury Selection** | **May 31, 2011 at 9 a.m.** |
|---|---|
| **Jury Trial Date and Sessions**<br>**Session 1**<br>**Sessions 2-7**<br>**Sessions 8-15**<br>**Sessions 16-19** | **May 31, 2011, 1 p.m. - 4 p.m.**<br>**June 1-3, 2011, 9 a.m. - 12 p.m., 1 p.m. - 4 p.m.**<br>**June 7-10, 2011, 9 a.m. - 12 p.m., 1 p.m. - 4 p.m.**<br>**June 14-15, 2011, 9 a.m. - 12 p.m., 1 p.m. - 4 p.m.** |
| **Argue & Submit** | **June 16, 2011 at 9 a.m.** |
| **Jury Deliberations** | **June 17, 20-24, 2011, as necessary** |

Dated: March 7, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley T. Fox brad@foxgroupllc.com
David Jeanchung Tsai dtsai@perkinscoie.com
Frear Stephen Schmid frearschmid@aol.com
Jeffery A Key jakey@key-and-associates.com

**Dated: March 7, 2011**                                  **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers
                                                                  Elizabeth Garcia
                                                                  Courtroom Deputy**