FREAR STEPHEN SCHMID, CSB #96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5957
FACSIMILE:  (415) 788-5958

Attorney for Plaintiffs
AVOCET SPORTS TECHNOLOGY, INC.,
AND VERTICAL INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., AND VERTICAL INSTRUMENTS, INC., | No. CV-08-4264 JW |
| Plaintiffs, | **JOINT STATEMENT RE: MEDIATION** |
| v. | |
| AMER SPORTS CORPORATION, SUUNTO U.S.A., INC., AMER SPORTS U.S.A., AND AMER SPORTS WINTER & OUTDOOR COMPANY, a Delaware Corporation, | |
| Defendants. | |

   Plaintiffs and defendants by their respective counsel of record hereby advise the court that the mediation in the above matter was concluded and the case is settled, with an anticipated dismissal to be filed by April 21, 2011.

DATED: March 29, 2011      */s/ Frear Stephen Schmid*
                           Frear Stephen Schmid, Attorney for
                           Plaintiffs AVOCET SPORTS
                           TECHNOLOGY, INC., AND VERTICAL
                           INSTRUMENTS, INC.

DATED: March 29, 2011      KEY & ASSOCIATES

                           */s/ Jeffery A. Key*
                           Jeffery A. Key, Attorneys for Defendant
                           AMER SPORTS WINTER & OUTDOOR
                           COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, | NO. C 08-04264 JW |
| Plaintiff(s), <br> v. | **ORDER RE: JOINT STATEMENT RE: MEDIATION** |
| AMER SPORTS CORP., | |
| Defendant(s). | |

In light of the parties' representation, the Court VACATES all pretrial and trial dates and terminate all pending Motions as withdrawn. On or before **April 21, 2011**, the parties shall file their Stipulated Dismissal. If a Stipulated Dismissal is not on file, the parties shall file a Joint Statement updating the Court on the status of their settlement and state how much additional time is required for the parties to finalize their settlement.

Dated: March 31, 2011

JAMES WARE
United States District Chief Judge