FREAR STEPHEN SCHMID, CSB #96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5957
FACSIMILE:  (415) 788-5958

Attorney for Plaintiffs
AVOCET SPORTS TECHNOLOGY, INC.,
AND VERTICAL INSTRUMENTS, INC.

**IT IS SO ORDERED**
*Judge James Ware*
4/21/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., AND VERTICAL INSTRUMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMER SPORTS CORPORATION, SUUNTO U.S.A., INC., AMER SPORTS U.S.A., AND AMER SPORTS WINTER & OUTDOOR COMPANY, a Delaware Corporation, <br><br> Defendants. _____/ | No. CV-08-4264 JW <br><br> **STIPULATION TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE** |

    Plaintiffs Avocet Sports Technology, Inc. and Vertical Instruments, Inc., by and through their counsel, Frear Stephen Schmid, Esq., and defendant AMER SPORTS WINTER & OUTDOOR COMPANY, by and through its counsel, Bradley Fox, Esq., hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41 that the

///

///

///

1  above action is dismissed in its entirety with prejudice, each party to bear its own costs
2  and attorney fees.  The Clerk shall close this file.
3  DATED: April 15, 2011

    /s/ Frear Stephen Schmid
    Frear Stephen Schmid, Attorney for
    Plaintiffs AVOCET SPORTS
    TECHNOLOGY, INC., AND VERTICAL
    INSTRUMENTS, INC.

8  DATED: April 15, 2011            KEY & ASSOCIATES

    /s/ Jeffrey A. Keys
    Jeffrey A. Keys, Attorneys for Defendant
    AMER SPORTS WINTER & OUTDOOR
    COMPANY