UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., <br><br> Plaintiff, <br> v. <br><br> GARMIN INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No.: 11-CV-04049-LHK <br><br> ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable James Ware for a determination as to whether it is related to: *Avocet Sports Technology, Inc. v. Amer Sports Corp., et al.,* 08-CV-04264-JW. In both this case (11-CV-04049-LHK) and the first filed case assigned to Judge Ware (08-CV-04264-JW), Plaintiff Avocet Sports Technology Inc. claims that Defendants infringe United States Patent Number 5,058,427 ("the '427 Patent"). In the first filed case, Judge Ware previously construed a term from the '427 Patent. *See* First Claim Construction Order, Case Number 08-CV-04264-JW, Doc. No. 52. Additionally, Defendants in this case have raised a laches defense, and Plaintiffs have indicated that the same defense was raised by the Defendants in the first filed case before Judge Ware.

**IT IS SO ORDERED.**

Dated: February 7, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-04049-LHK
ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION